*L. A. Hargreaves, Jack Knight,* contra.

32556. ATLANTIC COAST LINE RAILROAD COMPANY *v.* WALL.

MACINTYRE, P. J. This case is controlled by the decision in *Atlantic Coast Line Railroad Co.* v. *Sears,* ante 338 (No. 32555).

*Judgment reversed. Gardner and Townsend, JJ., concur.*

DECIDED NOVEMBER 1, 1949.

*Wilson, Bennett, Pedrick & Bennett, H. J. Quincey,* for plaintiff in error.

*L. A. Hargreaves, Jack Knight,* contra.